# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GABRIEL SCOTT

NO. 2024 KW 0650

**SEPTEMBER 9, 2024**

---

In Re:   Gabriel Scott, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-02776.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.** This court is a court of review. Relator does not seek review of a ruling by the lower court or request mandamus relief for the court's failure to act. Thus, this writ application presents nothing for this court to review.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT